# EXHIBIT 1

# United States of America

## United States Patent and Trademark Office

# ROBLOX

**Reg. No. 6,200,694**
**Registered Nov. 17, 2020**
**Int. Cl.: 9, 16, 25**
**Trademark**
**Principal Register**

Roblox Corporation (DELAWARE CORPORATION)
970 Park Place
San Mateo, CALIFORNIA 94403

CLASS 9: Downloadable fiction electronic books on a variety of topics; downloadable non-fiction electronic books on a variety of topics

FIRST USE 10-30-2018; IN COMMERCE 10-30-2018

CLASS 16: Printed fiction books on a variety of topics; printed non-fiction books on a variety of topics; stickers

FIRST USE 5-21-2019; IN COMMERCE 5-21-2019

CLASS 25: T-shirts; women's clothing, namely, shirts; sweatshirts

FIRST USE 6-00-2019; IN COMMERCE 6-00-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3280422

SER. NO. 87-405,607, FILED 04-10-2017



Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# BLOXY

**Reg. No. 5,460,112**

**Registered May 01, 2018**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

Roblox Corporation (DELAWARE CORPORATION)
One Franklin Parkway, Building 910
San Mateo, CALIFORNIA 94403

CLASS 41: Entertainment services, namely, providing a website featuring photographic, audio, video and prose presentations featuring information in the fields of computer software programming, computer software development, interactive online game play, music, art and clothing; entertainment services, namely, providing webcasts in the fields of computer software programming, computer software development, interactive online game play, music, art and clothing; entertainment services, namely, providing recognition by the way of awards and contests to demonstrate excellence in the fields of computer software programming, computer software development, interactive online game play, music, art and clothing

FIRST USE 6-00-2013; IN COMMERCE 6-00-2013

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-326,100, FILED 02-06-2017

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# POWERING IMAGINATION

**Reg. No. 5,292,052**  
**Registered Sep. 19, 2017**  
**Int. Cl.: 9, 35, 41**  
**Service Mark**  
**Trademark**  
**Principal Register**

Roblox Corporation (DELAWARE CORPORATION)  
60 East 3rd Ave., Suite 201  
San Mateo, CA 94401

CLASS 9: Video games software; computer software for interactive games

FIRST USE 1-10-2017; IN COMMERCE 1-10-2017

CLASS 35: On-line retail store services featuring clothing and clothing accessories

FIRST USE 5-10-2017; IN COMMERCE 5-10-2017

CLASS 41: Entertainment services, namely, providing a non-downloadable interactive game via electronic and optical communications networks

FIRST USE 1-10-2017; IN COMMERCE 1-10-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-982,717, FILED 11-09-2015  
RAUL CORDOVA, EXAMINING ATTORNEY



*Joseph Matal*  
Performing the Functions and Duties of the  
Under Secretary of Commerce for  
Intellectual Property and Director of the  
United States Patent and Trademark Office