IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

**ROBLOX CORPORATION,**

        **Plaintiff,**

                                                  Case No. 23-cv-5346

v.

**THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A HERETO,**

        **Defendants.**
_____/

### **DEFENDANT BIGFINZ MOTION TO SET ASIDE DEFAULT JUDGMENT**

Pursuant to L.R. 5.3, Defendant, BIGFINZ, moves this Court to set aside the Default Judgment Order [Dkt. 60] entered against Bigfinz on October 19, 2023. Undersigned has been in contact with counsel for Plaintiff via email since as early as September 19, 2023. On October 17, 2023, undersigned filed his Motion to Appear *Pro Hac Vice* on behalf of Bigfinz, which was granted on October 19, 2023 [Dkts. 58 and 62]. Further, on October 17, 2023, undersigned filed a Motion to Dissolve the Injunction, Motion to Dismiss for Lack of Personal Jurisdiction, and Motion to Sever Improper Joinder and Motion to Find Case Exceptional [Dkt. 59]. A telephonic hearing on Bigfinz's Motion is currently scheduled for October 26, 2023 at 9:00 am.

Notwithstanding the fact that undersigned has been in communication with counsel for Plaintiff for over a month, Plaintiff's counsel did not provide a copy of the Default Judgment Order to undersigned. Rather, undersigned recently obtained a copy via PACER. Undersigned is currently out of the country through October 24, 2023, and respectfully requests this Court set aside the Default Judgment against Bigfinz pending the disposition of its Motion to Dissolve.

1

Good cause exists to set aside the Default Judgment because the pleadings in this action were sealed until recently and undersigned was unaware of the service date. Further, prior to the Default Judgment Order being entered, Bigfinz moved to dismiss because this Court lacks personal jurisdiction (notwithstanding other substantive defenses Bigfinz has).

Based on the foregoing, Bigfinz respectfully requests this Court set aside the Default Judgment against Bigfinz.

## CERTIFICATE OF CONFERENCE

On October 20, 2023, undersigned's office emailed counsel for Plaintiff regarding the relief requested in this Motion; however, given the entry of the Default Judgement Order and the potential impact to Bigfinz's funds, undersigned wishes to immediately file this Motion. Undersigned will supplemental this Certificate when counsel for Plaintiff advises its position on the requested relief.

Date: October 20, 2023

*/s/ Woodrow H. Pollack*
Woodrow H. Pollack
*Admitted Pro Hac Vice*
Florida Bar No. 26802
**SHUTTS & BOWEN, LLP**
4301 W Boy Scout Blvd
Suite 300
Tampa, FL 33607
(813) 463-4894
wpollack@shutts.com
bpaul@shutts.com

***Counsel for Defendant Bigfinz***

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on <u>October 20, 2023</u> a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.

<u>*/s/ Woodrow H. Pollack*</u>
Woodrow H. Pollack