IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBLOX CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>    Defendants. | Case No. 23-cv-5346<br><br>Judge Thomas M. Durkin |

ORDER

On September 14, 2023, this Court entered a Preliminary Injunction Order [Dkt. Nos. 51, 52] as to the Defendants identified in Schedule A attached thereto, including Defendant No. 220 "Bigfinz" (hereinafter "Defendant"). The Preliminary Injunction Order [Dkt. Nos. 51, 52] included, among other things, provisions to restrain funds in Defendant's linked financial accounts, including funds held by TeePublic and PayPal, Inc. ("PayPal").

**IT IS HEREBY ORDERED** that the Preliminary Injunction Order previously entered in this case shall be modified as to Defendant No. 220 "Bigfinz" as follows:

1. PayPal shall continue to maintain a restraint of TWO THOUSAND U.S. DOLLARS ($2,000.00) of funds in PayPal seller account of Defendant No. 220 "Bigfinz" until final disposition of this case, or until further order of the Court.

2. Upon service of a copy of this Order, TeePublic and PayPal shall immediately release to Defendant No. 220 "Bigfinz" all of the funds in its respective TeePublic and PayPal seller account, except for the restraint mentioned in paragraph 1 above.

3. Plaintiff's counsel shall serve a copy of this Order on TeePublic and PayPal within one business day(s) of entry of this Order, and Plaintiff's counsel shall copy Bigfinz's counsel on its service to TeePublic and Paypal.

4. The Default Judgment entered against Defendant Bigfinz [Dkt. 60] is hereby vacated.

Dated: November 9, 2023

ENTER

*Thomas M Durkin*
Honorable Thomas M. Durkin
U.S. District Judge