IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBLOX CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>    Defendants. | Case No. 23-cv-5346<br><br>Judge Thomas M. Durkin |

**NOTICE OF SETTLEMENT**

Please take Notice that Plaintiff ROBLOX CORPORATION and Defendant No. 234 "juniperleaves" aka "Ria Chickalingam" have entered into a settlement agreement, are drafting and exchanging signature copies and transferring settlement funds. Upon the execution of the settlement agreement and the exchange of settlement funds, this lawsuit and all claims and causes therein relating to the parties shall be dismissed with prejudice. The parties anticipate completing settlement documents, transferring settlement funds and filing a Stipulation of Dismissal with the Court within the next thirty (30) days.

Dated: November 22, 2023

Respectfully submitted,

By: s/Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Robert P. McMurray (Bar No. 6324332)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
mhierl@hsplegal.com
Attorneys for Plaintiff
ROBLOX CORPORATION

s/Sarah Kathleen Dunkley
Sarah Kathleen Dunkley
Golan Christie Taglia LLP
70 W. Madison Street
Ste 1500
Chicago, Illinois 60642
(312) 263-2300 Telephone
sdunkley@gct.law
Attorney for Defendant No. 234
"juniperleaves" aka "Ria Chockalingam"

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Motion was electronically filed with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on November 22, 2023.

    /s/ Michael A. Hierl
    Michael A. Hierl